

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| TYLER KLINE, | § | No. 08-14-00005-CR |
| Appellant | § | Appeal from the |
| V. | § | 384th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 20120D04322) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the Appellant's motion to withdraw notice of appeal and concludes the motion should be granted and the appeal should be dismissed, in accordance with the opinion of this Court. We therefore dismiss the appeal. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 19TH DAY OF FEBRUARY, 2014.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.